**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

MAY 5 - 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. **'09 - CV - 01038** *BnB*

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

C. ELI-JAH HAKEEM MUHAMMAD a/k/a CHRISTOPHER MITCHELL,

      Applicant,

v.

R. WILEY, FLX/ADMAX - Warden,

      Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted an Application for a Writ of Mandamus Pursuant to

28 U.S.C. 1361.  He has failed either to pay the $350.00 filing fee or to file a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Applicant

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Applicant files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __X__   is not submitted
(2)   ____   is missing affidavit
(3)   ____   is missing certified copy of prisoner's trust fund statement for the 6-month

              period immediately preceding this filing

(4)   \_\_   is missing required financial information
(5)   \_\_   is missing an original signature by the prisoner
(6)   \_\_   is not on proper form (must use the court's current form)
(7)   \_\_   names in caption do not match names in caption of complaint, petition or habeas application
(8)   \_\_   An original and a copy have not been received by the court. Only an original has been received.
(9)   X   other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)   \_\_   is not submitted
(11)   \_\_   is not on proper form (must use the court's current form)
(12)   \_\_   is missing an original signature by the prisoner
(13)   \_\_   is missing page nos. \_\_\_
(14)   \_\_   uses et al. instead of listing all parties in caption
(15)   \_\_   An original and a copy have not been received by the court.  Only an original has been received.
(16)   \_\_   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   \_\_   names in caption do not match names in text
(18)   \_\_   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Applicant

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following form(s): Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this ___4th___ day of ___May_____, 2009.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '09 - CV - 01038

C. Elijah Hakeem Muhammad
aka Christopher Hijrah Mitchell
Reg. No. 02791-088
ADX - Florence
PO Box 8500
Florence,  CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form** to the above-named individuals on _5/5/09_ .


GREGORY C. LANGHAM, CLERK


By:_____
                      Deputy Clerk